# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 17-1118, 17-1202

Oracle America, Inc.

v.

Google Inc.

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent    Oracle America, Inc.

Party is (select one)    [x] Appellant/Petitioner    [ ] Cross-Appellant
                         [ ] Appellee/Respondent    [ ] Intervenor

Tribunal appealed from and Case No.    N.D. Cal., No. 3:10-cv-03561-WHA

Date of Judgment/Order    6/8/2016 & 9/27/2016    Type of Case    Civil - Copyright/Patent

Relief sought on appeal    Reversal or vacatur of judgment against Oracle; entry of judgment against Google

Relief awarded below (if damages, specify)    None

Briefly describe the judgment/order appealed from

The district court entered judgment that Google's copying of Oracle's work was a fair use under the Copyright Act. Thereafter, the court denied Oracle's renewed motion for JMOL and for a new trial. Oracle appeals from final judgment, the court's denial of Oracle's post-trial motions, the instructions to the jury, the court's in limine and Daubert decisions (and its refusal to enforce those rulings at trial), the court's evidentiary rulings, the court's decision on the scope of the trial, and the district court's sua sponte decision to bifurcate the trial.

Nature of judgment (select one)

[x] Final Judgment, 28 USC 1295

[ ] Rule 54(b)

[ ] Interlocutory Order (specify type)

[ ] Other (explain; see Fed. Cir. R. 28(a)(5))

**FORM 26. Docketing Statement**

Form 26
Rev. 10/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued.
If none, please state none.

> Oracle Am., Inc. v. Google Inc., Nos. 2013-1021, -1022 (Judge O'Malley)

Brief statement of the issues to be raised on appeal

Without limitation, (1) whether Google's copying of Oracle's copyrighted work is not a fair use as a matter of law, (2) whether the district court erred in denying Oracle's motion for a new trial, (3) whether the district court improperly excluded admissible evidence from the trial, (4) whether the district court incorrectly instructed the jury on the law, (5) whether the district court's rulings on evidentiary issues, Daubert and in limine motions, and the scope of the trial were erroneous as well as whether the district court erred in not enforcing its rulings during trial, (6) whether Google's discovery misconduct, misstatements during trial, and erroneous testimony warrant a new trial, and (7) whether the district court erred in sua sponte bifurcating the trial.

Have there been discussions with other parties relating to settlement of this case?  [x] Yes  [ ] No  If "yes," when were the last such discussions?

- [ ] Before the case was filed below?
- [x] During the pendency of the case below?
- [ ] Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?  [x] Yes  [ ] No

If they were mediated, by whom?  Magistrate Judge Paul Grewal in April 2016, the month prior to trial.

Do you believe that this case may be amenable to mediation?  [x] Yes  [ ] No

Please explain why you believe the case is or is not amenable to mediation.

Oracle notes that past discussions have established that the parties disagree about basic fundamental principles that would preclude settlement. The parties have spent multiple days in mediation --- on three separate occasions in the district court and once in this Court --- without making any progress. Oracle does not anticipate any different outcome here.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this __14th__ day of __November__, __2016__ by: __this Court's CM/ECF system__
(manner of service)

__E. Joshua Rosenkranz__  
Name of Counsel

__/s/ E. Joshua Rosenkranz__  
Signature of Counsel

| | |
|---|---|
| Law Firm | Orrick, Herrington & Sutcliffe LLP |
| Address | 51 West 52nd Street |
| City, State, ZIP | New York, New York 10019 |
| Telephone Number | (212) 506-5000 |
| FAX Number | (212) 506-5151 |
| E-mail Address | jrosenkranz@orrick.com |

Reset Fields