Nos. 17-1118, -1202

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

ORACLE AMERICA INC.,

*Plaintiff-Appellant*

v.

GOOGLE INC.,

*Defendant-Cross-Appellant.*

_____

On Appeal from the United States District Court
for the Northern District of California,
Case No. 3:10-cv-03561-WHA (Hon. William H. Alsup)

_____

**CROSS APPELLANT'S UNOPPOSED MOTION FOR
EXTENSION OF BRIEFING TIME;
DECLARATION OF DARYL L. JOSEFFER IN SUPPORT THEREOF**

_____

Daryl L. Joseffer
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, DC  20006
(202) 737-0500
djoseffer@kslaw.com

*Counsel for Defendant-Cross-Appellant Google Inc.*

March 8, 2017

# **CERTIFICATE OF INTEREST**

Counsel for Cross-Appellant Google Inc. certifies the following:

1. The full name of every party represented by me is Google Inc.

2. The name of the real party in interest is Google Inc.

3. Alphabet Inc., a publicly traded company (NASDAQ: GOOG, GOOGL), has more than 10% ownership of Google Inc. No publicly held company owns 10% or more of Alphabet Inc.'s stock.

4. The following law firms and partners or associates appeared for Google Inc. in the Northern District of California or are expected to appear in this Court:

GREENBERG TRAURIG LLP: Ian Ballon; Valerie Wing Ho; Wendy Michelle Mantell; Heather Meeker (no longer with firm); Dana K Powers; Luis Villa, IV (no longer with firm)

KEKER & VAN NEST LLP: Christa M. Anderson; Edward Andrew Bayley; Elizabeth Ann Egan; Sarah Brienne Faulkner; Steven A. Hirsch; Matthias Andreas Kamber; Maya Beth Karwande; Michael S Kwun; Kate Ellis Lazarus; Reid Patrick Mullen; Eugene Morris Paige; Daniel Edward Purcell; Robert Addy Van Nest

KING & SPALDING LLP: Bruce W. Baber; Brian Banner; Christopher C. Carnaval; Ethan Davis; Geoffrey M. Ezgar; Truman Haymaker Fenton (no longer with firm); Mark H. Francis (no longer with firm); Daryl L. Joseffer; Marisa C. Maleck; Robert F. Perry; Cheryl A. Sabnis; Steven T. Snyder (no longer with firm); Anne Voigts; Scott T. Weingaertner (no longer with firm); Joseph Richard Wetzel; Donald Frederick Zimmer, Jr.

This 8th day of March, 2017.            */s/ Daryl L. Joseffer*
                                                Daryl L. Joseffer

# UNOPPOSED MOTION FOR
# EXTENSION OF BRIEFING TIME

Pursuant to Federal Circuit Rule 26(b), Cross Appellant Google Inc. respectfully moves this Court for an extension of time of 60 days for the filing of its brief.

Google's brief is currently due on March 22, 2017. Google has received no previous extensions in this matter. Under the requested 60-day extension, the brief would be due on May 22, 2017. *See* Joseffer Decl. ¶ 4. The extension is necessary due to the press of other business before this and other courts and the need for appellate counsel to coordinate with other in-house and outside counsel in the preparation of Google's brief.

Plaintiff-Appellant Oracle America, Inc. does not oppose this motion and does not intend to file a response. *See* Joseffer Decl. ¶ 3.

Dated: March 8, 2017                                Respectfully submitted,

                                                     */s/ Daryl L. Joseffer*
                                                    Daryl L. Joseffer
                                                    KING & SPALDING LLP
                                                    1700 Pennsylvania Ave., NW
                                                    Washington, DC 20006
                                                    Telephone: (202) 737-0500
                                                    Facsimile: (202) 626-3737
                                                    djoseffer@kslaw.com

*Counsel for Defendant-Cross-Appellant Google Inc.*

# DECLARATION OF DARYL L. JOSEFFER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF BRIEFING TIME

I, Daryl L. Joseffer, hereby declare:

1. I am a partner in the law firm of King & Spalding LLP and a member of the bar of this Court. I represent Cross-Appellant Google Inc. ("Google") in this appeal.

2. A 60-day extension is necessary due to the press of other business before this and other courts and the need for appellate counsel to coordinate with other in-house and outside counsel in the preparation of Google's brief.

3. Counsel for Plaintiff-Appellant Oracle America Inc. has advised that Oracle does not oppose this motion.

4. Google's brief is currently due on March 22, 2017. With the requested 60-day extension, the brief would be due on May 22, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 8, 2017                           */s/ Daryl L. Joseffer*
                                               Daryl L. Joseffer
                                               KING & SPALDING LLP

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing motion via the Court's CM/ECF on all counsel of record.

DATED: March 8, 2017

<i>/s/ Daryl L. Joseffer</i><br>
Daryl L. Joseffer