# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-1118 - Oracle America, Inc. v. Google Inc.

## Response & Reply Brief for Oracle America, Inc.

## <u>ORDER</u>

The foregoing, having been received and examined, is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

The deadline for the next brief in the schedule is not being set at this time as this rejection may affect the length of the response and reply brief.

FOR THE COURT

August 04, 2017

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-1118 - Oracle America, Inc. v. Google Inc.

The Response & Reply Brief for Oracle America, Inc. has been rejected for following reason:

- The brief does not contain a summary of the argument. Fed. R. App. P. 28.1(c)(3); see Fed. R. App. P. 28(a)(7)